*James Brandt, on the demise of William Rickets Van Courtlandt, and Philip Van Courtlandt, v. Matthias Buckhout and Abraham Buckhout.*

THE issue in this cause had been joined in *January*, 1801, and notice of trial given in the *June* fol-

---

* On the same principle, where a notice of executing a writ of inquiry " on *Tuesday* the 14th of *January* instant," was given, the court of C. B. refused to set aside the execution of the writ because the 14th was on a *Thursday*, saying it was clear the defendant could not have been misled. *Batten* and *Harrison*, 3 *Bos. & Pul.* 1.

lowing : it, however, did not come on, in consequence of the defendant's applying for a commission to obtain testimony from *Virginia*. On the arrival of the commission in that state, it was found the witness had removed into *Kentucky*, whither he was followed, and his evidence to the interrogatories taken, on a deposition made before two justices of the peace. A copy of this, accompanied with an affidavit of the facts, was served on the plaintiff's attorney in *August*, 1802, and communication at the same time made, that a regular commission would be sued out and sent into *Kentucky*. On this the plaintiff did not notice for trial ; however, for not proceeding to which,

*Woods* now moved for judgment as in case of nonsuit.

*Spencer* opposed the application as being too late, insisting it ought to have been made the very first term after the neglect.

*Per Curiam.* The defendant has not accounted for his delay ; if that be not done, and the application be not immediately after the *laches*, the default is waived, and cannot now be taken advantage of.

*Woods* hoped the court would order the plaintiff to stipulate.

*Per Curiam.* He is not bound to stipulate.

*Spencer* prayed costs for resisting the application.

*Per Curiam.* Let the plaintiff take them.

ORDERED, That the defendant take nothing by his motion, and pay the plaintiff his costs of opposing.